NEW YORK CASUALTY COMPANY, Respondent, *v.* PETER R. KUHN et al., Appellants.

Argued December 2, 1948; decided January 6, 1949.

*James F. Donnelly* and *Louis B. Davidson* for appellants. *Walter Higgins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.